UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REPUBLIC OF KAZAKHSTAN and OUTRIDER MANAGEMENT, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> DANIEL CHAPMAN, ARGENTEM CREEK HOLDINGS LLC, ARGENTEM CREEK PARTNERS LP, PATHFINDER ARGENTEM CREEK GP LLC, and ACP I TRADING LLC, <br><br> Defendants. | 1:21-cv-03507 (JGK) (BM) <br><br> *Removed from:* <br><br> Supreme Court of New York, County of New York <br><br> State Court Index No. 652522/2020 |

## ORDER

Upon consideration of Plaintiffs' Motion for Remand, ECF No. 61, Defendants' Motion to Dismiss Kazakhstan's Claims, ECF No. 53, Defendants' Motion to Compel Arbitration and Dismiss Outrider's Claims, ECF No. 57, all documents in support thereof, and the entire record herein, and for the reasons set forth in the Court's February 11, 2022 Opinion and Order, ECF No. 74, it is hereby

**ORDERED** that Plaintiffs' Motion to Remand is **GRANTED** as to the claims by Plaintiff Kazakhstan and **DENIED** as to the claims by Plaintiff Outrider. The Clerk of Court is directed to close this case with respect to Plaintiff Kazakhstan and effect immediate remand to the Clerk of the Supreme Court for the State of New York, New York County;

**ORDERED** that Defendants' Motion to Dismiss Kazakhstan's Claims is **DENIED** without prejudice as moot;

**ORDERED** that Defendants' Motion to Compel Arbitration and Dismiss Outrider's Claims is **GRANTED** insofar as it seeks to compel arbitration of Outrider's claims, and

**DENIED** insofar as it seeks to dismiss Outrider's claims. Outrider's claims are **STAYED** pending the outcome of arbitration concerning those claims. The parties should report back to the Court promptly at the conclusion of the arbitration, including in respect of any issue or claim that is not resolved in arbitration; and it is further

**ORDERED** that the Clerk of the Court is directed to close all open motions.

It is so ORDERED.

_2/17/22_
Date

_[signature]_
The Honorable John G. Koeltl
United States District Judge