UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

REPUBLIC OF KAZAKHSTAN ET AL.,
                    Plaintiffs,                 21-cv-3507 (JGK)

        - against -                             ORDER

DANIEL CHAPMAN ET AL.,
                    Defendants.

---

JOHN G. KOELTL, District Judge:

   The Court has reviewed the recent correspondence from the parties which discusses developments in other jurisdictions after briefing of the motions before this Court was complete. ECF Nos. 77, 78, 80. As all parties appear to concede, those developments do not bear directly on the issues that were before this Court. Therefore, no change in the Court's opinion will be made.

SO ORDERED.
Dated:   New York, New York
         February 22, 2022

                                    /s/ John G. Koeltl
                                    _____
                                    John G. Koeltl
                                    United States District Judge